# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. No. 07-20142-Ml |
| ) | |
| CESAR RODRIGUEZ, #363478 ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Stephanie Z. Johnson applies to the Court for a Writ to have Cesar Rodriguez, now being detained in the Shelby County Correctional Center, 1045 Mullins Station, Memphis, Tennessee, appear before the Honorable James H. Allen on May 16, 2007, at 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this __14__ day of __May__, 2007.

/s/ Stephanie Z. Johnson
Special Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

DIRECTOR, ANDREW TABER

YOU ARE HEREBY COMMANDED to have Cesar Rodriguez appear before the Honorable James H. Allen at the date and time aforementioned.

ENTERED this __14th__ day of May, 2007.

s/Diane K. Vescovo
**UNITED STATES MAGISTRATE JUDGE**